UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

DENISE CRUMWELL, on behalf of herself and all other persons similarly situated,

                Plaintiff,

-v-

NYC SMILE DESIGN DENTISTRY, P.C.,

                Defendant.
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/27/2022

21-cv-9542 (LJL)

ORDER APPROVING
CONSENT DECREE

LEWIS J. LIMAN, United States District Judge:

      The parties ask that the Court review and approve a proposed Consent Decree to settle the above-captioned action. Dkt. No. 11. A court reviewing a non-class action settlement brought by a party other than an enforcement agency must determine only whether the proposed consent decree: "1) springs from and serves to resolve a dispute within the court's subject-matter jurisdiction, 2) comes within the general scope of the case made by the pleadings, and 3) furthers the objectives of the law upon which the complaint was based." *Kozlowski v. Coughlin*, 871 F.2d 241, 244 (2d Cir. 1989) (citation and internal punctuation omitted). The Court has reviewed the proposed Consent Decree and finds that it meets these three criteria. Accordingly, it is approved. *See Figueroa v. Arhaus, LLC*, 18 Civ. 10491(GWG), Dkt No. 16 (S.D.N.Y. Feb. 20, 2019).

      SO ORDERED.

Dated: January 27, 2022
       New York, New York

                                              LEWIS J. LIMAN
                                              United States District Judge